UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:  CASE NO. 18-11263
MELINDA M MYERS
    Debtor(s)  CHAPTER 13

ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE

Debtors, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence regular mortgage payments as:

1. The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not provide for the Trustee to pay adequate protection.
2. The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C. §1322(b)(5).
3. Time is of essence in commencing mortgage payments and such early payment is contemplated by 11 U.S.C. §1326.
4. The Trustee shall commence payments to the mortgagee as follows:

| | |
|---|---|
| Mortgagee Name: | SPECIALIZED LOAN SERVICING LLC |
| Mortgagee Address: | P.O. BOX 636007, LITTLETON, CO 80163- |
| Trustee Claim No: | 0020 |
| Starting Date | JULY 2018 |
| Account No. | 6529-1ST MTG POST PYMT |
| Payment Amount | $472.17 |

**Stipulation and Order to Commence Adequate Protection Payments without Notice**
Page 2
Case No: 18-11263

Respectfully Submitted:

_____          /s/ Debra L. Miller, Trustee
Debtor's Attorney                                              Debra L. Miller, Trustee

SO ORDERED this _____ day of _____, 2018.

_____
Robert E. Grant, Chief Judge
US Bankruptcy Court

By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: MELINDA M MYERS, PO BOX 99, , WOLCOTTVILLE, IN, 46795

By electronic e-mail to:
Debra L. Miller, Trustee: dmiller@trustee13.com;

Debtor's Attorney: BRIAN KAISER,425 NORTH WAYNE STREET, , ANGOLA, IN, 46703-1551

U.S. Trustee: ustpregion10.so.ecf@usdoj.gov