UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 18-11263 |
| MELINDA M. MYERS | CHAPTER 13 |
| Debtor(s) | |

## AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtor(s), by Counsel, and state as follows:

1. The Debtor shall amend Schedule B to disclose her potential inheritance no later than October 26, 2018.

2. The Debtor shall turn over any net inheritance received in amount sufficient to complete the terms of her Plan. The Debtor will not spend any inheritance received or disclaim her interest in the inheritance without prior approval from the Court or Trustee.

3. All other terms remain the same.

Dated: October 8, 2018

| | |
|---|---|
| /s/Katherine E. Iskin | /s/Brian Kaiser |
| Katherine E. Iskin (33679-71), | Attorney for Debtor |
| Staff Attorney for Debra L. Miller | 425 N. Wayne St. |
| PO Box 11550 | Angola, IN 46703 |
| South Bend, IN  46634 | (260) 665-8040 |
| (574) 254-1313 | |